[No. 43813-1-I.   Division One.   April 9, 2001.]

*In the Matter of the Marriage of* TRINA L. BARKHAUSEN, *Respondent*, and STEPHEN R. McNERNEY, *Appellant*.

Appeal from judgments of the Superior Court for Island County, No. 90-3-00076-0, Alan R. Hancock, J., entered May 15, and November 20, 1998. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Baker and Cox, JJ.

[Nos. 43857-3-I; 44389-5-I;   Division One.   April 9, 2001.]
  44421-2-I.

THE STATE OF WASHINGTON, *Respondent*, v. DAVID FRANK RUSSI, *Appellant*.
THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JAHMARRIS, *Appellant*.

Appeals from judgments of the Superior Court for King County, Nos. 98-1-01536-1, 98-1-01812-3, and 97-1-09201-5, James Bryan Street, J., entered December 11, 1998, and February 26 and 29, 1999. *Affirmed in part* and *reversed in part* by unpublished opinion per Appelwick, J., concurred in by Becker, A.C.J., and Webster, J.

[No. 46167-2-I.   Division One.   April 9, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD LEROY SEEK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-02787-2, Terence Lukens, J., entered January 31, 2000. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker, A.C.J., and Ellington, J.